DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON DAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-0137 (FCD) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| | ) | Judge: Frank C. Damrell Jr. |
| RAMON DAY, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on May 21, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 21, 2007, be continued until June 4, 2007 at 10:00 a.m. In addition, the parties stipulate that the time period from the filing of this stipulation to June 4, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 25, 2007

SIGNATURES ON NEXT PAGE

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for William Wong<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Ramon Day |

## ORDER

For the reasons set forth in the stipulation of the parties, filed on May 24, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for May 21, 2007, be continued until Monday, June 4, 2007, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS HEREBY ORDERED that, the time under the Speedy Trial Act is excluded from May 21, 2007 through June 4, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 25, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE