DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON DAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-0137 (FCD) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| | ) | Judge: Frank C. Damrell Jr. |
| RAMON DAY, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on January 28, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case and meetings to resolve the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 28, 2008, be continued until February 19, 2008. In addition, the parties stipulate that the time period from the filing of this stipulation to February 19, 2008, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 25, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for William Wong<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Ramon Day |

## ORDER

For the reasons set forth in the stipulation of the parties, filed on January 25, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 28, 2008, be continued until Tuesday, February 19, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 25, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 25, 2008 through February 19, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

Dated: January 25, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1