DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON DAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-0137 (FCD) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING AND TO ALTER PRESENTENCE INVESTIGATION REPORT SCHEDULE |
| RAMON DAY, | ) | |
| Defendant. | ) | Judge: Frank C. Damrell Jr. |

It is hereby stipulated and agreed to between the parties, William Wong, Assistant United States Attorney, and Lexi Negin, attorney for defendant, Ramon Day, to continue Mr. Day's sentencing to June 2, 2008. The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Draft Report Due to the parties | April 28, 2008 |
| Informal Objections Due to Probation | May 12, 2008 |
| Final Report Due to the Court | May 19, 2008 |
| Formal Objections and Sentencing Memoranda Due to the Court | May 27, 2008 |
| Judgment and Sentencing | June 2, 2008 at 10:00 a.m. |

1  Dated: March 21, 2008

2                                Respectfully submitted,

3                                DANIEL J. BRODERICK
                                Federal Defender

4

5

6                                /s/ Lexi Negin
                                LEXI NEGIN
7                                 Assistant Federal Defender for Robert Scotford

8

9  Dated: February 28, 2008          MCGREGOR W. SCOTT
                                United States Attorney
10

11

12                                /s/ Lexi Negin for William Wong
                               WILLIAM WONG
                               Assistant U.S. Attorney
13

14      IT IS SO ORDERED.

15  DATED: March 25, 2008

16

17

18                                FRANK C. DAMRELL, JR.
19                                UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28