1

2

3                        IN THE UNITED STATES DISTRICT COURT

4                      FOR THE EASTERN DISTRICT OF CALIFORNIA

5    UNITED STATES OF AMERICA,          )      No. CR. S- 07-137-FCD
                                        )
6                    Plaintiff,         )
                                        )      ORDER TO EXONERATE BOND
7          v.                           )
                                        )
8    RAMON MIKE DAY,                    )
                                        )
9                    Defendant.         )      Judge: Hon. Frank C. Damrell Jr.
                                        )
10   _____   )

11         The Court finds that Mr. Day was released pursuant to a $200,000.00 property bond which he

12   posted to the Clerk of the Court.  Mr. Day was sentenced on September 22, 2008 and is now in custody

13   serving his sentence.  He satisfied all of his obligations to the Court and his case is now closed.

14         THEREFORE, it is hereby ORDERED that the $200,000.00 property bond in this case is ordered

15   exonerated and that the Clerk of the Court is directed to reconvey to the surety,  Allison LaShon, 968

16   Stoneman Avenue, Pittsburgh, California 94565, property posted on behalf of Mr. Day.

17

18   Dated: October 29, 2008

19

20                                             _____

21                                             FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28